## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Farrel J. Griffin, | ) | Case No. 12 B 39403 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Wednesday, May 28, 2014, at 10:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in Courtroom 742 in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the attached **Jenner & Block's Application For Final Compensation And Reimbursement Of Expenses**, at which time and place you may appear if you so desire.

Dated: May 1, 2014

LEROY G. INSKEEP, not individually but as Chapter 7 Trustee for the bankruptcy estate of Griffin Trading Company, Inc.

By: *Catherine L. Steege*
One of his attorneys

Catherine L. Steege (06183529)
Melissa M. Hinds (6288246)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
PH: 312/923-2952
FAX: 312/840-7355

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FARREL J. GRIFFIN, | ) | Case No. 12 B 39403 |
| | ) | |
| Debtor. | ) | Hon. Carol Doyle |
| | ) | |

### JENNER & BLOCK'S APPLICATION FOR FINAL
### COMPENSATION AND REIMBURSEMENT OF EXPENSES

Leroy G. Inskeep, not individually but as chapter 7 trustee for Farrel J. Griffin (the "Trustee"), pursuant to U.S.C. § 330, respectfully requests that the Court award final compensation and reimbursement of expenses to his counsel, Jenner & Block.

### INTRODUCTION

On October 3, 2012, Farrel J. Griffin (the "Debtor") filed a petition for relief under chapter 7 of title 11 of the United States Bankruptcy Code and thereafter, on November 28, 2012, the Trustee was elected at the §341 meeting of creditors. On January 16, 2013, the Court entered an Order authorizing the Trustee to retain Jenner & Block as his counsel. This Application sets forth in detail the work performed by counsel and the time spent between their retention through the date of the Application.

To aid the Court in its review of the Application, Jenner & Block has divided the Application into three parts. Part I describes the work performed by the Trustee's special counsel, the actions which they took and the results which they obtained. Part II describes counsel's qualifications and areas of special expertise. Part III describes the manner in which the fees and costs were calculated.

## I.    SERVICES PERFORMED

### A.    Objection to the Debtor's Discharge:        $7,505.00; 13.60 hours

The Debtor was the 50% owner of Griffin Trading Company, a debtor in a chapter 7 pending before the Honorable Bruce W. Black (Case No. 98 B 41742). The Trustee is also the Trustee of Griffin Trading chapter 7 estate.

In the Griffin Trading case, Jenner & Block was hired to bring claims against the Debtor's former shareholders, Roger Griffin and Farrel Griffin and their wives. On January 2, 2000, Jenner & Block filed a multi-count complaint against the Griffins seeking to subordinate and disallow proofs of claim which they had filed in the amount of $2,222,870.60, seeking to recover approximately $275,000 in fraudulent transfers, asserting breach of fiduciary duty claims and asking for turnover of certain property. The Court disposed of all but the fiduciary breach claim on summary judgment. Jenner & Block tried that claim in September, 2004 and the Bankruptcy Court ruled in the Trustee's favor in January, 2005.

The Debtor and his co-defendant Roger Griffin appealed. Three years later, in 2008, the District Court remanded for clarification. In 2010, the Bankruptcy Court then ruled for the Debtor and his co-defendant. The Trustee appealed and in June, 2012, the United States Court of Appeals for the Seventh Circuit reversed and reinstated the Bankruptcy Court's original judgment, which by that time had increased with interest to $6,849,300.24.

The Trustee settled with defendant Roger Griffin. The Debtor, however, responded by filing a bankruptcy petition. The fiduciary breach claim that was the subject of the judgment and the Debtor's transfer of funds before the bankruptcy filing to his wife formed the basis for the Trustee's Section 727 claim against the Debtor.

Jenner & Block prepared a draft complaint and shared that complaint with Debtor's counsel. Jenner & Block prepared and presented several motions to extend the deadline to object under Section 727 while the parties negotiated a resolution of the Section 727 claim. Ultimately, the Debtor and his wife agreed to a settlement pursuant to which the $40,000 in transferred funds were returned to the estate. Jenner & Block prepared the settlement motion and agreement. It represented the Trustee at the settlement hearing.

In total, Jenner & Block spent 13.60 hours at a cost of $7,505.00 on the Trustee's discharge objection and the settlement of that objection.

### B.    Sale of Continental Stock                    $6,399.00; 8.90 hours

The Debtor was an owner of an interest in an entity known as Continental Air Transport Co., Inc.    Under the shareholders agreement, Continental's other shareholders had a right to match offers for the sale of the Debtor's stock.    The Trustee received an offer to purchase the Continental stock from Roger Griffin for $20,000.    After several rounds of bidding, the other shareholders of Continental Air Transport purchased the Debtor's stock for $100,000.

Jenner & Block reviewed the Continental Air Transport Shareholders' Agreement and its financial statements. Jenner & Block also prepared notices of Roger Griffin's offers to the other shareholders in conformance with the Shareholders' Agreement.  Jenner & Block prepared the motion to sell the stock and closed the sale. It also represented the Trustee at the sale hearing.

In total, Jenner & Block spent 8.90 hours at a cost of $6,399.00 on the sale of the Debtor's Continental stock.

### C.    Case Administration                          $4,729.50; 6.10 hours

Jenner & Block prepared and presented its application to be retained as counsel.    It prepared a motion to close the case. Jenner & Block prepared its final fee petition and that of the

Trustee's accountants.   Jenner & Block also spent time gathering information to assist the accountant in filing the estate's tax return.

In total Jenner & Block spent 6.10 hours at a cost of $4,729.50 on case administration matters.

## II.   ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

**A.**   **Catherine Steege** (CS) is a partner in Jenner & Block's bankruptcy department and co-chair of its bankruptcy litigation practice.   She is a 1982 graduate of the DePaul University College of Law.   She is a member of the Panel of Private Trustees of the Northern District of Illinois and is a fellow of the American College of Bankruptcy.   She teaches bankruptcy at John Marshall Law School and has been an instructor for the National Institute of Trial Advocacy's bankruptcy litigation program.   She has participated in and overseen all aspects of Jenner & Block's representation of the Trustee in this case.

**B.**   **Melissa H. Hinds** (MHH) is a partner in Jenner & Block's bankruptcy department.   She is a 2003 graduate of University of Michigan Law School.

**C.**   **Landon S. Raiford** (LSR) is an associate in Jenner & Block's bankruptcy department.   He is a 2006 graduate of the University of Michigan Law School.

**D.**   **Michael H. Matlock** (MHMX) and **Lowell T. Yap (LTY)** are paralegals in Jenner & Block's bankruptcy department.

## III.   CALCULATION OF TIME AND FEES

This is Jenner & Block's First and Final Application for compensation.   It covers the period from its retention through the present.   All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to this case and were rendered for the benefit of the Committee and the estate.   No

agreement or understanding exists between Jenner & Block and any other person for the sharing of compensation received or to be received in connection with this case, other than as authorized pursuant to 11 U.S.C. § § 327, 328, and 330.

As set forth in the attached exhibits, Jenner & Block's attorneys and paralegals have spent a total of 28.60 hours providing necessary legal services for this estate. As a result, they request compensation in the amount of $18,633.50 for actual, necessary legal services performed (*see* Exhibit A). The average hourly rate is $651.52. In addition, Jenner & Block has expended the sum of $554.12 for actual, necessary expenses incurred in representing the Committee (*see* Exhibit B).

In preparing this fee application, Jenner & Block has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for this estate. The data used came directly from computer printouts which are kept on each Jenner & Block client. The hourly rates charged are the hourly rates charged by Jenner & Block for comparable services to comparable clients. Jenner & Block worked to avoid any duplication of efforts between parties, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys involvement. Multiple representation in analogous circumstances has been approved. *See Berberena v. Coler*, 753 F.2d 629 (7th Cir. 1985); *In re Washington Manufacturing Co.*, 101 B.R. 944 (Bankr. M.D. Tenn. 1989); *In re N-Ren Corp.*, 71 B.R. 488 (Bankr. S.D. Ohio 1987).

Jenner & Block also incurred out-of-pocket expenses which are listed in the attached Exhibit B. Most of the expenses are postage and photocopy expenses incurred in connection with the preparation and filing of pleadings with this Court and providing information to creditors and

the Trustee. Attached as Exhibit C are summaries of the total hours spent by each attorney and paralegal and the value of those services.

Jenner & Block does not bill its clients or seek compensation in this fee application for its overhead expenses; instead, such expenses are factored into Jenner & Block's normal and customary rate. During the time period of this fee application, Jenner & Block charged its clients between six cents and ten cents per page for duplicating. Jenner & Block's non-bankruptcy clients routinely are billed and pay the types of out-of-pocket expenses included on Exhibit B. *See In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

No compensation has been promised to Jenner & Block other than that approved by this Court. Jenner & Block certifies that there is no agreement between it and any other party regarding the sharing of fees except with Jenner & Block's general partners and Jenner & Block has  not discussed or negotiated the amount of its fees with any party except its client. Finally, Jenner & Block is acting as special counsel to the Trustee for purposes of the Griffin litigation only. It continues to represent that it does not represent interests adverse to the estate with respect to this special counsel engagement.

WHEREFORE, Jenner & Block respectfully requests that this Court enter an Order:

A.      Allowing Jenner & Block reasonable interim compensation for actual, necessary legal services provided during the time period of this fee application in the amount of $18,633.50;

B.      Allowing Jenner & Block reimbursement for its actual, necessary out-of-pocket expenses incurred during the time period of this fee application in the amount of $554.12;

C.      Authorizing the Trustee to pay Jenner & Block total compensation in the amount of $19,187.62; and

D.     Granting such other relief as the Court deems just and equitable.

Respectfully submitted,

Dated: May 1, 2014

LEROY G. INSKEEP, as Trustee for FARREL j. GRIFFIN

By:_____ /s/ Catherine Steege_____
              One of his Attorneys

Catherine Steege (ARDC No. 6183529)
Melissa Hinds (ARDC 6288246)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Tel:  (312) 222-9350
Fax:  (312) 527-0484

# EXHIBIT A

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER      53002
MATTER NUMBER      10005

LEROY INSKEEP AS CHAPTER 7 TRUSTEE                          APRIL 29, 2014
TO FARREL GRIFFIN                                           INVOICE # 9293637

.

**FARREL GRIFFIN CHAPTER 7 BANKRUPTCY**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 29, 2014                                      $18,633.50

DISBURSEMENTS                                               $ 554.12

                        TOTAL INVOICE                       $19,187.62

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                  Federal Identification No. 36-2192554

2274285.1

Page 1

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

LEROY INSKEEP AS CHAPTER 7 TRUSTEE
TO FARREL GRIFFIN

INVOICE # 9293637

APRIL 29, 2014

CLIENT NUMBER - 53002

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2014

FARREL GRIFFIN CHAPTER 7 BANKRUPTCY                    MATTER NUMBER- 10005

## DISCHARGE SETTLEMENT

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/8/2013 | CS | 0.20 | Exchanged various emails with Debtor's counsel re extension of discharge date. | 177.00 |
| 1/8/2013 | MMR | 1.00 | Prepared motions extending time for discharge (.8); reviewed correspondence re same (.1) and correspondence from L. Inskeep (.1). | 645.00 |
| 1/10/2013 | MMR | 0.20 | Telephone conference with Debtor's counsel re section 727 motion. | 129.00 |
| 1/16/2013 | MMR | 0.30 | Revised order on section 727 motion. | 193.50 |
| 1/16/2013 | MJK | 1.10 | Attended hearing in F. Griffin case re Jenner retention and extension of deadlines for 523 and 727 complaints. | 649.00 |
| 2/25/2013 | LSR | 0.50 | Drafted second motion to extend time to object to discharge. | 272.50 |
| 2/26/2013 | MHM | 1.00 | Reviewed, corrected and e-filed motions to extend time to object to discharge. | 310.00 |
| 2/26/2013 | LSR | 0.20 | Edited motion to extend time to object to discharge. | 109.00 |
| 3/27/2013 | LSR | 0.50 | Drafted third extension motion for time to object to discharge. | 272.50 |
| 3/29/2013 | MHM | 0.90 | Prepared, e-filed and served amended notices of motion re extensions of time object to discharge. | 279.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 5/1/2013 | LSR | 0.80 | Attended hearing on motion to extend time to object to discharge/dischargeability. | 436.00 |
|---|---|---|---|---|
| 5/17/2013 | LSR | 1.20 | Drafted settlement agreement of preference claim with D. Griffin. | 654.00 |
| 5/22/2013 | CS | 0.50 | Revised settlement agreement with D. Griffin. | 442.50 |
| 5/22/2013 | LSR | 1.40 | Drafted Rule 9019 motion resolving preference claim/§ 727 claim. | 763.00 |
| 5/22/2013 | LSR | 1.70 | Drafted Rule 9019 motion resolving discharge claim. | 926.50 |
| 5/23/2013 | CS | 0.30 | Revised settlement motion re § 727/D. Griffin preference claim. | 265.50 |
| 5/23/2013 | LSR | 0.30 | Checked tolling provision in settlement agreement with F. Griffin. | 163.50 |
| 6/19/2013 | LSR | 1.50 | Attended hearing on § 727 settlement agreement. | 817.50 |
| | | 13.6 | PROFESSIONAL SERVICES | 7,505.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| CATHERINE L. STEEGE | | 1.00 | 885.00 | 885.00 |
| MELISSA M. ROOT | | 1.50 | 645.00 | 967.50 |
| MICHAEL J. KELLY | | 1.10 | 590.00 | 649.00 |
| LANDON S. RAIFORD | | 8.10 | 545.00 | 4,414.50 |
| MICHAEL H. MATLOCK | | 1.90 | 310.00 | 589.00 |
| | TOTAL | 13.60 | | $7,505.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SALE OF CONTINENTAL STOCK

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 7/9/2013 | CS | 0.50 | Emailed M. Fisher re payment of settlement amount (.2); reviewed Continental financials (.2); emailed Continental attorney re request for 2012 financials (.1). | 442.50 |
| 8/14/2013 | CS | 0.20 | Emailed M. Fisher re receipt of offer for stock. | 177.00 |
| 9/26/2013 | MMR | 0.80 | Reviewed partnership agreement to prepare letter to non-debtor shareholders re sale of interest in Continental Airport Express. | 516.00 |
| 9/26/2013 | CS | 0.10 | Revised letter to other shareholders re sale of bus company. | 88.50 |
| 9/27/2013 | CS | 0.30 | Responded to R. Burke email re sale of stock. | 265.50 |
| 11/22/2013 | CS | 0.20 | Prepared email to M. Fisher re counteroffer for bus company stock. | 177.00 |
| 12/19/2013 | CS | 1.00 | Prepared closing document re sale of bus company stock. | 885.00 |
| 12/20/2013 | LSR | 2.30 | Drafted motion to sell debtor's interest in stock in Continental Express. | 1,253.50 |
| 1/2/2014 | CS | 0.50 | Revised motion to sell stock. | 450.00 |
| 1/2/2014 | LSR | 1.30 | Edited motion to sell stock held by debtor. | 754.00 |
| 1/8/2014 | CS | 0.20 | Finalized motion to sell stock. | 180.00 |
| 1/15/2014 | CS | 0.50 | Emailed L. Inskeep re closing case. | 450.00 |
| 1/15/2014 | LSR | 1.00 | Attended hearing on motion to sell stock certificates. | 580.00 |
| | | 8.90 | PROFESSIONAL SERVICES | 6,399.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N  CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| CATHERINE L. STEEGE | | 1.20 | 900.00 | 1,260.00 |
| CATHERINE L. STEEGE | | 2.30 | 885.00 | 2,035.50 |
| MELISSA M. ROOT | | .80 | 645.00 | 516.00 |
| LANDON S. RAIFORD | | 2.30 | 580.00 | 1,334.00 |
| LANDON S. RAIFORD | | 2.30 | 545.00 | 1,253.50 |
| | TOTAL | 8.90 | | $6,399.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## MISCELLANEOUS CASE ADMINISTRATION MATTERS

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/28/2014 | CS | 0.30 | Emailed A. Lasko re tax return and data for same. | 270.00 |
| 2/4/2014 | LSR | 0.40 | Drafted motion to retain A. Lasko. | 232.00 |
| 2/5/2014 | LTY | 1.10 | Reviewed and readied motion to retain accountant for ECF filing (.2); revised and updated notice of motion and certificate of service of same (.2); assembled service list for same (.3); e-filed same (.1); worked on service of same (.3). | 357.50 |
| 2/6/2014 | CS | 0.40 | Worked on F. Griffin fee petition. | 360.00 |
| 2/14/2014 | CS | 0.20 | Exchanged email with R. Fogel re tax information required for return. | 180.00 |
| 2/26/2014 | CS | 0.40 | Emailed R. Fogel re turnover of tax refunds (.1); reviewed A. Lasko email re tax returns (.3). | 360.00 |
| 4/10/2014 | CS | 0.30 | Email with US Trustee re closing procedures. | 270.00 |
| 4/10/2014 | CS | 0.20 | Worked on fee application. | 180.00 |
| 4/25/2014 | CS | 0.50 | Worked on fee petition. | 450.00 |
| 4/25/2014 | CS | 0.30 | Revised Lasko fee petition. | 270.00 |
| 4/28/2014 | CS | 0.50 | Worked on motion to close case. | 450.00 |
| 4/28/2014 | CS | 0.50 | Revised fee petition. | 450.00 |
| 4/30/2014 | CS | 1.00 | Revised and finalized case closing papers. | 900.00 |
| | | 6.10 | PROFESSIONAL SERVICES | 4,729.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| CATHERINE L. STEEGE | 4.60 | 900.00 | 4,140.00 |
| LANDON S. RAIFORD | .40 | 580.00 | 232.00 |
| LOWELL T. YAP | 1.10 | 325.00 | 357.50 |
| TOTAL | 6.10 | | $4,729.50 |

# EXHIBIT B

LAW OFFICES
### JENNER & BLOCK LLP
353 N CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---:|
| 1/7/2013 | Postage Expense | 3.30 |
| 1/23/2013 | Postage Expense | 1.30 |
| 1/31/2013 | Westlaw Research (Research re section 523 complaint) | 183.19 |
| 2/28/2013 | Westlaw Research (Research re section 523 complaint) | 54.16 |
| 4/4/2013 | Pacer Service Center Charges - 1st Quarter 2013 | 11.40 |
| 4/4/2013 | Pacer Service Center Charges - 1st Quarter 2013 | 1.00 |
| 4/25/2013 | Photocopy Expense | 11.30 |
| 4/26/2013 | Document Technologies, Inc. - Binding requested by C. Steege | 1.02 |
| 4/26/2013 | Document Technologies, Inc. - Transparency Stock requested by C. Steege | .18 |
| 5/24/2013 | Postage Expense | 19.04 |
| 6/15/2013 | Special Messenger Service - U.S. Messenger & Logistics, Inc. - 6/15/13 | 5.25 |
| 6/22/2013 | Special Messenger Service - U.S. Messenger & Logistics, Inc. - 6/22/13 | 5.25 |
| 1/8/2014 | Photocopy Expense | 1.43 |
| 1/8/2014 | Photocopy Expense | 61.60 |
| 1/8/2014 | Pacer Service Center Charges - 1st Quarter 2013 | 7.80 |
| 1/18/2014 | U.S. Messenger & Logistics, Inc. - Special Messenger Service - 1/18/2014 | 5.25 |
| 1/27/2014 | Elan Corporate Payment Systems - Clerk of Court Fee - USBC NDIL Filing fee for Motion to Sell Property  - 1/27/2014 | 176.00 |
| 3/1/2014 | Special Messenger Service; US MESSENGER & LOGISTICS, INC.; 03/01/2014 | 5.25 |
| 4/7/2014 | Pacer Charges; PACER SERVICE CENTER; 04/07/2014 | .40 |
| | TOTAL DISBURSEMENTS | $ 554.12 |

# EXHIBIT C

LAW OFFICES

# JENNER & BLOCK LLP

353 N CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## EXHIBIT C

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| CATHERINE L. STEEGE | | 5.80 | 900.00 | 5,400.00 |
| CATHERINE L. STEEGE | | 3.30 | 885.00 | 2,290.50 |
| MELISSA M. ROOT | | 2.30 | 645.00 | 1,483.50 |
| MICHAEL J. KELLY | | 1.10 | 590.00 | 649.00 |
| LANDON S. RAIFORD | | 2.70 | 580.00 | 1,566.00 |
| LANDON S. RAIFORD | | 10.40 | 545.00 | 5,668.00 |
| LOWELL T. YAP | | 1.10 | 325.00 | 357.50 |
| MICHAEL H. MATLOCK | | 1.90 | 310.00 | 589.00 |
| | TOTAL | 28.60 | | $18,633.50 |

## CERTIFICATE OF SERVICE

I, Catherine Steege, certify that I caused a copy of the foregoing **Jenner & Block's**
**Application For Final Compensation And Reimbursement Of Expenses** to be served upon
the parties listed on the attached Service List by depositing same in the U.S. Mail receptacle
located at 353 N. Clark Street, Chicago, Illinois, before the hour of 4:00 p.m. on May 1, 2014.


_____ */s/  Catherine L. Steege* _____

## SERVICE LIST

Farrel J. Griffin
PO Box 1635
Southern Pines, NC 28388-1635

Donna J. Griffin
P.O. Box 1635
Southern Pines, NC 28388-1635

Steven B Towbin
Richard M. Fogel
Shaw Fishman Glantz & Towbin LLC
321 N Clark St
Suite 800
Chicago, IL 60654-4766

Bettie Kelley Sousa
Smith Debnam Narron Drake Saintsing
4601 Six Forks Road, Suite 400
Raleigh, NC 27609-5270

James Hamilton
PO Box 1776
Southern Pines, NC 28388-1776

Stifel Bank & Trust
Securities Based Lending
Suite 216
955 Executive Parkway
Sant Louis, MO 63141

Grier Furr & Crisp PA
Suite 1240
101 N. Tryon Street
Charlotte, NC 28246

Progress Energy Carolinas, Inc.
Raleigh, NC 27698-0001

Jane Riepl
225 Galway Drive
Chapel Hill, NC 27517-6558

Matthew J. Fischer
Schiff Hardin
233 S. Wacker Dr., Ste. 6600
Chicago, IL 60606-6307

Rachel Jurgens
PO Box 1083
Southern Pines, NC 28388-1083

Grier Furr & Crisp PA
101 N. Tryon Street, Suite 1240
Charlotte, NC 28246-0104

Robbins May & Rich LLP
120 Applecross Road
Pinehurst, NC 28374

Wells Fargo Bank, N.A.
PO Box 660930
Dallas, TX 75266-0930

Leroy Inskeep
Trustee for Griffin Trading
Suite 1900
203 N. LaSalle St.
Chicago, IL 60611

Roger S. Griffin
1500 N. Lake Shore Drive
Chicago, IL 60611